```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02065
   LOUIS C DOUGLAS
   EARLINE DOUGLAS                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2979    SSN XXX-XX-3712

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/07/2007 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/28/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG        .00              .00             .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE        .00              .00             .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC        .00              .00             .00
AMERICASH LOANS LLC      UNSECURED         550.26              .00             .00
AMERICASH LOANS LLC      UNSECURED         308.73              .00             .00
CAPITAL ONE              UNSECURED         843.54              .00             .00
CHECK INTO CASH          UNSECURED      NOT FILED              .00             .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED              .00             .00
HAMMOND RADIOLOGIST      UNSECURED      NOT FILED              .00             .00
ILLIANA SURGERY & MEDICA UNSECURED      NOT FILED              .00             .00
RADIOLOGY CENTER         UNSECURED      NOT FILED              .00             .00
ST MARGARET MERCY HOSPIT UNSECURED        7673.67              .00             .00
ST MARGARET HOSPITAL     UNSECURED      NOT FILED              .00             .00
NICOR GAS                UNSECURED      NOT FILED              .00             .00
ONE IRON VENTURES INC    UNSECURED      NOT FILED              .00             .00
AT&T WIRELESS            UNSECURED         320.17              .00             .00
WASHU PARTNERS CALUMET C UNSECURED      NOT FILED              .00             .00
AMC MORTGAGE SERVICES    NOTICE ONLY    NOT FILED              .00             .00
AMERICASH LOANS LLC      UNSECURED         704.86              .00             .00
LVNV FUNDING LLC         UNSECURED        1153.05              .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,334.00                         2,241.80
TOM VAUGHN               TRUSTEE                                            158.20
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  2,400.00

PRIORITY                                                    .00
SECURED                                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02065 LOUIS C DOUGLAS & EARLINE DOUGLAS
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,241.80
TRUSTEE COMPENSATION                                              158.20
DEBTOR REFUND                                                        .00
                                        ---------------    ---------------
TOTALS                                         2,400.00           2,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```